```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 01263
   JOHN A BERECKIS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-6330

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/14/2006 and was confirmed 04/05/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/29/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
CHASE HOME FINANCE LLC     CURRENT MORTG         .00              .00             .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE     6427.18              .00         6427.18
FIFTH THIRD BANK           CURRENT MORTG         .00              .00             .00
FIFTH THIRD BANK           MORTGAGE ARRE     5000.00              .00         1400.00
COMMONWEALTH EDISON        UNSEC W/INTER   NOT FILED              .00             .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER   NOT FILED              .00             .00
MEMBERS ADVANTAGE CREDIT   SECURED               .00              .00             .00
B-REAL LLC                 UNSEC W/INTER     6045.63           582.48         1026.61
LVNV FUNDING LLC           UNSEC W/INTER     3121.20           252.48          411.99
CHASE MANHATTAN MORTGAGE   NOTICE ONLY     NOT FILED              .00             .00
PHILIP A IGOE              DEBTOR ATTY       1,189.00                         1,189.00
TOM VAUGHN                 TRUSTEE                                              620.26
DEBTOR REFUND              REFUND                                                  .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              11,910.00

PRIORITY                                            .00
SECURED                                        7,827.18
UNSECURED                                      1,438.60
   INTEREST                                      834.96
ADMINISTRATIVE                                 1,189.00
TRUSTEE COMPENSATION                             620.26
DEBTOR REFUND                                       .00
                     ---------------        ---------------
TOTALS               11,910.00                11,910.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 01263 JOHN A BERECKIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/05/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 06 B 01263 JOHN A BERECKIS